No. 76–5987.  WARLITNER v. VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 76–6003.  PONCE v. CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 76–6004.  FERRI v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 76–6014.  JONES v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 76–6024.  REYNOLDS v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 76–6038.  CRUTCHER v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 76–6039.  ADAMS v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 76–6045.  LOVELL v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 76–6056.  STARKS v. OHIO.  Ct. App. Ohio, Cuyahoga County.  Certiorari denied.

No. 76–6065.  CARREON-HERNANDEZ v. BELL, ATTORNEY GENERAL, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 76–6078.  EDELSON v. DEPARTMENT OF HEALTH, EDUCATION, AND WELFARE ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 76–6118.  JESSUP v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 76–6162.  JACKSON v. HOWARD, CORRECTIONAL SUPERINTENDENT.  C. A. 3d Cir.  Certiorari denied.